968

No. 630. CONTINENTAL CASUALTY CO., INC., ET AL. v. ALLSOP LUMBER CO., INC., ET AL. C. A. 8th Cir. Certiorari denied. *Rodger J. Walsh* for petitioners. *Charles Monroe Thorp, Jr.*, for respondents.

No. 631. ROBBINS MEN'S & BOYS' WEAR CORP. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Melvin Lloyd Robbins* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for the United States.

No. 634. PAULING v. NEWS SYNDICATE CO., INC. C. A. 2d Cir. Certiorari denied. *Eleanor Jackson Piel* for petitioner. *James W. Rodgers* and *Andrew L. Hughes* for respondent.

No. 639. MCCLELLAN v. PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 5th Cir. Certiorari denied. *William F. Billings* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondents.

No. 642. CROFT-MULLINS ELECTRIC CO., INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jesse W. Bush* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Robert V. Zener* for the United States.

No. 647. BORUM v. WISCONSIN EX REL. AMERICAN MOTORS CORP. ET AL. Supreme Court of Wisconsin. Certiorari denied. *Leonard S. Zubrensky* for petitioner. *George Thompson*, Attorney General of Wisconsin, *Gordon Samuelsen*, Assistant Attorney General, and *Alfred E. La France* for respondents.